

# Missouri Court of Appeals
## Southern District

**OCTOBER 13, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.　　Case No.　SD33466

　　　Re:　MAYA ZAPATA GASA,
　　　　　Movant-Appellant,
　　　　　vs.
　　　　　STATE OF MISSOURI,
　　　　　Respondent-Respondent.